The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST COMMERCIAL REAL ESTATE INVESTMENTS, LLC, a Washington limited liability company, dba NORTHWESTAPARTMENTS.COM and NORTHWEST APARTMENTS; MORGRO INVESTMENTS, LLC; RGD PROPERTY SERVICES, LLC; METRO PROPERTY SERVICES, LLC; DAVID BUCK; AARON FREIN; TERRY BERNARD; and JOHN BEUTLER,<br><br>　　　　　Defendants. | NO.  2:21-cv-01559-JLR<br><br>SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND PRETRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR: FEBURARY 14, 2022 |

Pursuant to Local Civil Rules 10(g) and 16(b)(6), the parties respectfully submit that good cause exists for this Second Stipulated Motion to Extend Pretrial Deadlines.  Mediation in the underlying liability action was originally scheduled for February 10, 2022.  It was recently rescheduled for March 15, 2022 because additional document discovery was needed in order to ensure the underlying parties had adequate information to make informed offers/counter-offers at

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND PRETRIAL DEADLINES - 1
No. 2:21-cv-01559-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

mediation. If successful, the mediation may resolve or substantially narrow the issues in this litigation. The parties would like to conserve their resources and the Court's time and resources pending the outcome of underlying mediation. The parties thus jointly request that the Court issue an order setting forth the following altered pretrial deadlines:

| Event | Current Due Date | New Due Date |
|---|---|---|
| Responses to Complaint due | March 11, 2022 | April 1, 2022 |
| Deadline for FRCP 26(f) Conference | March 18, 2022 | April 8, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(a) | March 25, 2022 | April 15, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | April 1, 2022 | April 22, 2022 |

DATED this 14th day of February, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants NWCREI, Morgro Investments, RGD Property, and Metro Property

By    s/ *Greg D. Pendleton*
Greg D. Pendleton, WSBA #38361
Matthew F. Pierce, WSBA #34019
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
gpendleton@gordontilden.com
mpierce@gordontilden.com

SECOND STIPULATED MOTION AND PROPOSED ORDER TO EXTEND PRETRIAL DEADLINES - 2
No. 2:21-cv-01559-JLR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**TERRELL MARSHALL LAW GROUP PLLC**
Attorneys for Defendants David Buck, Aaron Frein, Terry Bernard, and John Beutler

By   s/ *Blythe H. Chandler*
   Beth E. Terrell, WSBA #26759
   Blythe H. Chandler, WSBA #43387
   936 North 34th Street, Suite 300
   Seattle, WA 98103
   206.545.6865
   beth@terrellmarshall.com
   bchandler@terrellmarshall.com


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Attorneys for Plaintiff The Hanover Insurance Co.

By   s/ *Perry M. Shorris*
   Perry M. Shorris*
   550 West Adams Street, Suite 300
   Chicago, IL  60661
   perry.shorris@lewisbrisbois.com
   *Admitted *pro hac vice*

   Sarah D. Macklin, WSBA #49624
   Lewis Brisbois Bisgaard & Smith LLP
   1111 Third Avenue, Suite 2700
   Seattle, WA 98101
   206.436.2020
   sarah.macklin@lewisbrisbois.com

SECOND STIPULATED MOTION AND ~~PROPOSED~~
ORDER TO EXTEND PRETRIAL DEADLINES - 3
No. 2:21-cv-01559-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**ORDER**

IT IS HEREBY ORDERED that pretrial deadlines are altered as follows:

| Event | Current Due Date | New Due Date |
| --- | --- | --- |
| Responses to Complaint due | March 11, 2022 | April 1, 2022 |
| Deadline for FRCP 26(f) Conference | March 18, 2022 | April 8, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(a) | March 25, 2022 | April 15, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | April 1, 2022 | April 22, 2022 |

DATED this 14th day of February, 2022.

_____

Hon. James L. Robart
U.S. District Judge

SECOND STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND PRETRIAL DEADLINES - 4
No. 2:21-cv-01559-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477