The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST COMMERCIAL REAL ESTATE INVESTMENTS, LLC, a Washington limited liability company, dba NORTHWESTAPARTMENTS.COM and NORTHWEST APARTMENTS; MORGRO INVESTMENTS, LLC; RGD PROPERTY SERVICES, LLC; METRO PROPERTY SERVICES, LLC; DAVID BUCK; AARON FREIN; TERRY BERNARD; and JOHN BEUTLER,<br><br>Defendants. | NO. 2:21-cv-01559-JLR<br><br>NOTICE OF SETTLEMENT |

Pursuant to LCR 11(b), the parties hereby advise the Court they have reached an agreement to settle this matter. The settlement agreement is being documented and the parties intend to file a FRCP 41(a) stipulation with the Court once settlement terms are satisfied.

NOTICE OF SETTLEMENT - 1
No. 2:21-cv-01559-TLF

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 28th day of March, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants NWCREI, Morgro Investments, RGD Property, and Metro Property

By   s/ *Greg D. Pendleton*
Greg D. Pendleton, WSBA #38361
Matthew F. Pierce, WSBA #34019
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
gpendleton@gordontilden.com
mpierce@gordontilden.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Attorneys for Plaintiff The Hanover Ins. Co.

By   s/ *Perry M. Shorris*
Sarah D. Macklin
1111 Third Avenue, Suite 2700
Seattle, WA 98101
206.436.2020
sarah.macklin@lewisbrisbois.com

Perry M. Shorris
550 West Adams Street, Suite 300
Chicago, IL 60661
312-345-1718
perry.shorris@lewisbrisbois.com

**TERRELL MARSHALL LAW GROUP PLLC**
Attorneys for Defendants Buck, Frein, Bernard, and Buetler

By   s/ *Blythe H. Chandler*
Beth E. Terrell, WSBA #26759
Blythe H. Chandler, WSBA #43387
936 North 34th Street, Suite 300
Seattle, WA 98103
206.545.6865
beth@terrellmarshall.com
bchandler@terrell marshall.com

NOTICE OF SETTLEMENT - 2
No. 2:21-cv-01559-TLF

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477