UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>NORTHWEST COMMERCIAL REAL ESTATE INVESTMENTS, LLC, et al.,<br><br>                    Defendants. | CASE NO. C21-1559JLR<br><br>ORDER OF DISMISSAL |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

//

//

ORDER - 1

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

Dated this 1st day of April, 2022.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2